UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUASHIELD MEDICAL, LTD., et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>RONAK KADAKIA,<br><br>                Defendant. | No. 21-CV-5905 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Petitioners' petition to stay arbitration and related papers, (see dkt. nos. 1, 3, 4), as well as their proposed order to show cause for a temporary restraining order and preliminary injunction, (see dkt. no. 2). Petitioners' counsel shall serve the papers on Respondent's counsel by email today. Both counsel shall appear for a telephone conference on July 12, 2021 at 10:00 a.m. using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    July 9, 2021
           New York, New York

                                                _____
                                               LORETTA A. PRESKA
                                               Senior United States District Judge