UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUASHIELD MEDICAL, LTD., et al.,<br><br>　　　　　　　　Petitioners,<br><br>-against-<br><br>RONAK KADAKIA,<br><br>　　　　　　　　Respondent. | No. 21-CV-5905 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　The Court held a telephonic conference in this matter on July 12, 2021 at 10:00 a.m.  As reflected on the record, on consent of the parties, the pending arbitration in the State of New York, case number 012100026844, is STAYED pending this Court's resolution of Petitioner's motion for a preliminary injunction.  Respondent shall file any opposition to the Petition to Stay Arbitration by July 19, 2021.  Petitioner may reply no later than July 23, 2021.

**SO ORDERED.**

Dated:　　July 12, 2021
　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1