UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUASHIELD MEDICAL, LTD., et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>RONAK KADAKIA,<br><br>                    Defendant. | No. 21-CV-5905 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter no later than June 3, 2022 of the status of the action/remaining claims/defendants.

**SO ORDERED.**

Dated:    May 20, 2022
           New York, New York

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge