UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
EQUASHIELD MEDICAL, LTD. and
MARINO KRIHELI,

                  Petitioners,        No. 21-cv-5905 (LAP)

    -against-                              ORDER

RONAK KADAKIA,

                  Respondent.
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court heard oral argument on Equashield Medical Ltd.'s and Marino Kriheli's (together with Equashield Medical Ltd., "Petitioners") Verified Petition pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, for an order permanently enjoining as against them the arbitration commenced by Respondent Ronak Kadakia ("Respondent") before the American Arbitration Association in the State of New York, case number 012100026844, (see dkt. no. 1), on June 28, 2022.  For the reasons stated on the record of the argument, Petitioners' motion to enjoin permanently Respondent from proceeding against Petitioners in the arbitration is granted.

The Clerk of the Court shall close the open motion.  (Dkt. no. 1.)

**SO ORDERED.**

Dated:      June 28, 2022
            New York, New York

LORETTA A. PRESKA
Senior United States District Judge